479 F.2d 1043
 William A. SMITH, III, et al., Appellants,
v.
Louis V. KOERBER et al., Appellees.
 No. 73-1186.
 United States Court of Appeals,
Fourth Circuit.
 Argued June 4, 1973.
Decided July 9, 1973.
 
 Paul Mark Sandler, Baltimore, Md. (Raymond F. Altman, and Ulman & Cohan, Baltimore, Md., on brief), for appellants.
 William F. Mosner, Towson, Md., for appellees.
 Before HAYNSWORTH, Chief Judge, and CRAVEN and WIDENER, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm on the opinion of the District Judge. Smith v. Koerber, 352 F. Supp. 591 (D.Md.1972).
 
 
 2
 Affirmed.